FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 APR -3 PM 12: 04

CLERK
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA,       )
                                )
v.                              )       Case No.  CR412-212
                                )
DOMINQUE BOSTIC,                )
            Defendant.          )


UNITED STATES OF AMERICA,       )
                                )
v.                              )       Case No.  CR417-114
                                )
TIMOTHY STEWART,                )
            Defendant.          )


UNITED STATES OF AMERICA,       )
                                )
v.                              )       Case No.  CR417-221
                                )
ENNER TELLO-LOPEZ,              )
            Defendant.          )


UNITED STATES OF AMERICA,       )
                                )
v.                              )       Case No.  CR418-22
                                )
ALEXIS MARTINEZ-ESCUEN,         )
            Defendant.          )

UNITED STATES OF AMERICA,   )
                                     )
v.                               )     Case No.  CR418-25
                                     )
MICHELLE RAYFORD,        )
              Defendant.   )

## ORDER

Laura G. Hastay, counsel of record for defendants in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this _3ᴿᴰ_ day of April 2018.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA